27D01-2203-CT-000012
Filed: 3/9/2022 1:03 PM
Clerk
Grant Superior Court
Grant County, Indiana

USDC IN/ND case 1:22-cv-00122-HAB-SLC   document 5   filed 03/09/22   page 1 of 4

| | | | |
|---|---|---|---|
| STATE OF INDIANA | ) | IN THE GRANT | COURT |
| | ) SS: | | |
| COUNTY OF GRANT | ) | CAUSE NO. | |

RUBY DAVIS, Personal Representative of
the Estate of MICHAEL K. NASH, Deceased

VS.

WILLIE WILSON and GREENWOOD
MOTOR LINES, INC.

## COMPLAINT FOR DAMAGES

Come now the Plaintiff, Ruby Davis, Personal Representative of the Estate of Michael K. Nash, deceased, by counsel, Ken Nunn Law Office, and for their cause of action against the Defendants, Willie Wilson and Greenwood Motor Lines, Inc., alleges and states as follows:

## STATEMENT AND JURISDICTION

1. This is a clear liability collision in which Defendants' 2019 Peterbilt tractor-trailer was negligently driven by Willie Wilson, causing a collision with the bicycle ridden by Michael K. Nash, deceased. As a result of the collision, Michael K. Nash sustained serious injuries which thereafter resulted in his death.

2. Jurisdiction and venue are appropriate in Grant County, Indiana, as said collision occurred within the boundaries of Grant County, State of Indiana.

## FIRST CAUSE OF ACTION

### NEGLIGENCE OF TRUCK DRIVER

3. Plaintiff realleges and incorporates herein by reference paragraphs 1 through 2 above as if fully restated verbatim.

4. The plaintiff, Ruby Davis, is the mother of Michael K. Nash, deceased.

5. On or about November 12, 2021, Defendant, Willie Wilson, negligently drove a tractor-trailer striking the bicycle ridden by Michael K. Nash, deceased.

**EXHIBIT 1**

6. Defendant Willie Wilson had a duty to operate his tractor trailer in a safe and reasonable manner.

7. Defendant Willie Wilson failed in the above mentioned duties and is therefore negligent.

8. Defendant Willie Wilson's negligence was the direct and proximate cause of Plaintiff's injuries.

9. Michael K. Nash sustained serious injuries which thereafter caused his death on November 12, 2021.

10. As a direct and proximate result of Willie Wilson's negligence, Michael K. Nash incurred medical, funeral, and burial expenses for such decedent in an amount to be proven at the trial of this cause.

## SECOND CAUSE OF ACTION

NEGLIGENCE PER SE OF TRUCK DRIVER

11. Plaintiff realleges and incorporates herein by reference paragraphs 1 through 10 above as if fully restated verbatim.

12. Willie Wilson violated state and federal statutes and regulations including but not limited to Title 9 of the Indiana Code.

13. Defendant Willie Wilson's statutory violations directly and proximately caused the damages and injuries of Michael K Nash, deceased.

14. Defendant Willie Wilson is negligent per se based on these statutory and regulatory violations.

## THIRD CAUSE OF ACTION

RESPONDEAT SUPERIOR OF TRUCK COMPANY

15. Plaintiff realleges and incorporates herein by reference paragraphs 1 through 14 above as if fully restated verbatim.

16. Defendant Willie Wilson was the employee, agent, servant, or independent

contractor for Greenwood Motor Lines, Inc.  Accordingly, Greenwood Motor Lines, Inc. is vicariously liable for the acts of Defendant Willie Wilson for the causes of action above.

WHEREFORE, the Plaintiff, Ruby Davis, Personal Representative of the Estate of Michael K. Nash, deceased, by counsel, Ken Nunn Law Office, demand judgment against the Defendants, Willie Wilson and Greenwood Motor Lines, Inc. for permanent injuries in a reasonable amount to be determined at the trial of this cause, for medical, funeral, and burial expenses.

KEN NUNN LAW OFFICE

BY:   *s/ Bradford J. Smith*
Bradford J. Smith, #22783-47
KEN NUNN LAW OFFICE
104 South Franklin Road
Bloomington, IN  47404
Phone: (812) 332-9451
Fax: (812) 331-5321
E-mail: brads@kennunn.com

**REQUEST FOR TRIAL BY JURY**

Comes now the plaintiff, by counsel, Ken Nunn Law Office, and requests that this matter be tried by jury pursuant to Trial Rule 38.

KEN NUNN LAW OFFICE

BY:   *s/ Bradford J. Smith*
Bradford J. Smith, #22783-47
KEN NUNN LAW OFFICE
104 South Franklin Road
Bloomington, IN  47404
Phone: (812) 332-9451
Fax: (812) 331-5321
E-mail: brads@kennunn.com

Bradford J. Smith, #22783-47
Ken Nunn Law Office
104 South Franklin Road
Bloomington, IN 47404
Telephone:  812-332-9451
Fax Number:   812-331-5321
Attorney for Plaintiff